UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALEXANDER SPILLMAN,

                Plaintiff,

           -against-

THE CITY OF YONKERS, ET AL.,

                Defendants.
------------------------------------------------------------X

ORDER

07 Civ. 2164 (DAB)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      On July 7, 2009, the Court received two writings from the plaintiff, Alexander Spillman ("Spillman"). One writing purports to be a notice of motion through which Spillman requests that the time for him to respond to the defendants' motion for summary judgment be enlarged. The second writing is styled, "Plaintiff Opposing Motion for Defendants Summary Judgment." Accompanying this writing are exhibits, an affidavit from a witness to the event that gives rise to the instant litigation and a sworn statement by Spillman describing exhibits attached to the "opposing motion," a list of witnesses, a demand for a jury trial and a description of the medical treatment he received following his encounter with the defendants on June 5, 2006. The purpose for which the plaintiff's "opposing motion" has been submitted to the court is not clear. If the plaintiff intended to seek specific relief from the court through the motion, he is urged to contact the Pro Se Office for this judicial district, located at 500 Pearl Street, Room 230, New York, New York 10007, and whose telephone number is (212) 805-0177, for procedural assistance in preparing a motion properly.

With respect to the plaintiff's application for an extension of time to respond to the defendants' summary judgment motion, the Court has determined to grant the application. Therefore, on or before August 10, 2009, the plaintiff shall serve and file his response to defendants' outstanding motion for summary judgment. Thereafter, on or before August 20, 2009, the defendants shall serve and file their reply. Should the plaintiff need procedural assistance, as he crafts his response to defendants' motion, he may obtain it by contacting the Pro Se Office for this judicial district.

Dated: New York, New York
July 9, 2009

SO ORDERED:

*/Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Alexander Spillman
Rory McCormick, Esq.